UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
_____
Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036



Order Filed on March 26, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

**In Re:**

**JACQUELINE HARPER,**

                **Debtor**

Case No.: 17-22827-JNP

Judge: Jerrold N. Poslusny Jr.

**ORDER SUBMITTED UNDER 7-DAY RULE
SETTLING OBJECTION TO
CONFIRMATION BY CAPITAL ONE AUTO FINANCE,
A DIVISION OF CAPITAL ONE N.A.**

    The Relief set forth on the following pages, numbered two (2) through <u>two (2)</u> is hereby

**ORDERED**.

**DATED: March 26, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

2

| | |
|---|---|
| Debtor: | Jacqueline Harper |
| Case No.: | 17-22827-JNP |
| Caption of Order: | Order Settling Objection to Confirmation |

Upon the Objection to Confirmation of Capital One Auto Finance, a Division of Capital One N.A. ("COAF"), and whereas the Debtor and COAF seek to resolve the Objection; it is hereby stipulated and agreed to that:

1. The Debtor owns a 2013 Kia Optima Sedan 4D EX I4, V.I.N. 5XXGN4A71DG234851, securing a lien held by COAF.

2. COAF shall be paid $12,768.25 plus 5.25% interest for sixty (60) months shall be paid as a secured claim to COAF through the Bankruptcy Plan by the Chapter 13 Trustee. Payments will total $14,544.60.

3. The remainder of COAF's claim shall be treated as a general unsecured claim.

4. COAF shall retain its lien on the 2013 Kia Optima Sedan 4D EX I4 until the Debtor completes her Chapter 13 Plan and receives her discharge.

5. This agreement is only binding upon the parties in this instant Chapter 13 case. If not paid in full within this instant Chapter 13 case due to dismissal, termination, or conversion, this agreement is not binding upon the parties.