UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
The Bank of New York Mellon FKA The Bank of New York, not in its individual capacity but solely as trustee for the benefit of the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-6

Order Filed on June 1, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-22827 JNP

Adv. No.:

Hearing Date: 6/12/18 @ 10:00 a.m.

Judge: Jerrold N. Poslusny, Jr

In Re:
  Jacqueline Harper,

Debtor.

# ORDER RESOLVING CERTIFICATION OF DEFAULT

  The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: June 1, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors:  Jacqueline Harper
Case No:  17-22827 JNP
Caption of Order:  ORDER CURING ARREARS & CERTIFICATION OF DEFAULT
_____

   This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, The Bank of New York Mellon FKA The Bank of New York, not in its individual capacity but solely as trustee for the benefit of the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-6, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 614 Jarvis Road Sicklerville, New Jersey 08081, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Richard S. Hoffman Jr., attorney for Debtors, and for good cause having been shown

   It is **ORDERED, ADJUDGED and DECREED** that as of May 15, 2018, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due February 2018 through May 2018 for a total post-petition default of $4,252.48  (4 @ $1,063.12); and

   It is further **ORDERED, ADJUDGED and DECREED** that Debtors are to send a lump sum payment of $3,189.36 directly to Secured Creditor to be received no later than May 31, 2018; and

   It is further **ORDERED, ADJUDGED and DECREED** that Debtors are to send a double payment in the amount of $2,126.24 directly to Secured Creditor for the remainder of the default and payment for the month of June 2018; and

   It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume July 1, 2018, directly to Secured Creditor care of its servicer, Specialized Loan Servicing LLC, PO Box 636007, Littleton, Colorado 80163 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

   It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

   It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

**(Page 3)**
Debtors: Jacqueline Harper
Case No: 17-22827 JNP
Caption of Order: ORDER CURING ARREARS & CERTIFICATION OF DEFAULT
_____

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees, which is to be paid through Debtors' Chapter 13 plan; and

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Certification of Default is hereby resolved.