| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>The Bank of New York Mellon FKA The Bank of New York, not in its individual capacity but solely as trustee for the benefit of the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-6 | <br>Order Filed on June 1, 2018 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 17-22827 JNP<br><br>Adv. No.:<br><br>Hearing Date: 6/12/18 @ 10:00 a.m.<br><br>Judge: Jerrold N. Poslusny, Jr |
| In Re:<br>    Jacqueline Harper,<br><br>Debtor. | |

## ORDER RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: June 1, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors: Jacqueline Harper
Case No: 17-22827 JNP
Caption of Order: ORDER CURING ARREARS & CERTIFICATION OF DEFAULT
_____

  This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, The Bank of New York Mellon FKA The Bank of New York, not in its individual capacity but solely as trustee for the benefit of the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-6, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 614 Jarvis Road Sicklerville, New Jersey 08081, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Richard S. Hoffman Jr., attorney for Debtors, and for good cause having been shown

  It is **ORDERED, ADJUDGED and DECREED** that as of May 15, 2018, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due February 2018 through May 2018 for a total post-petition default of $4,252.48 (4 @ $1,063.12); and

  It is further **ORDERED, ADJUDGED and DECREED** that Debtors are to send a lump sum payment of $3,189.36 directly to Secured Creditor to be received no later than May 31, 2018; and

  It is further **ORDERED, ADJUDGED and DECREED** that Debtors are to send a double payment in the amount of $2,126.24 directly to Secured Creditor for the remainder of the default and payment for the month of June 2018; and

  It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume July 1, 2018, directly to Secured Creditor care of its servicer, Specialized Loan Servicing LLC, PO Box 636007, Littleton, Colorado 80163 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

  It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

  It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

**(Page 3)**
Debtors:  Jacqueline Harper
Case No:  17-22827 JNP
Caption of Order:  ORDER CURING ARREARS & CERTIFICATION OF DEFAULT
_____

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees, which is to be paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Certification of Default is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Jacqueline Harper  
    Debtor

Case No. 17-22827-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jun 01, 2018  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2018.  
db          +Jacqueline Harper,    614 Jarvis Road,    Sicklerville, NJ 08081-2123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2018 at the address(es) listed below:
           Brian C. Nicholas     on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
            as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
            2007-6 bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
           Denise E. Carlon     on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
            as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
            2007-6 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
           Denise E. Carlon     on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York
            et al... dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
           Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
           Jason Brett Schwartz     on behalf of Creditor    Capital One Auto Finance
            jschwartz@mesterschwartz.com
           Richard S. Hoffman, Jr.     on behalf of Debtor Jacqueline   Harper rshoffman@hoffmandimuzio.com,
            lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                       TOTAL: 7