| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for the Secured Creditor<br>Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon FKA The Bank of New York, not in its individual capacity but solely as trustee for the benefit of the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-6 | Case No:   17 - 22827 JNP<br><br>Order Filed on December 11, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey<br><br>Chapter:   13<br><br>Judge:   Jerrold N. Poslusny Jr. |
| In re:<br>Jacqueline Harper<br><br>                    Debtor | |

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: December 11, 2018**

*Honorable Jerrold N. Poslusny, Jr.*
*United States Bankruptcy Court*

Upon the motion of  Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon FKA The Bank of New York, not in its individual capacity but solely as trustee for the benefit of the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-6, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

    **Land and premises commonly known as Lot 32, Block 17102,   614 Jarvis Road, Sicklerville, NJ 08081**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.