Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
401 Market Street  
Camden, NJ 08102

                              Case No.:  17−22827−JNP  
                              Chapter:  13  
                              Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Jacqueline Harper  
   614 Jarvis Road  
   Sicklerville, NJ 08081

Social Security No.:  
   xxx−xx−7068

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on July 19, 2018.

   On July 29, 2019 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                September 4, 2019  
Time:               09:00 AM  
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: July 30, 2019  
JAN: eag

                                                                                         Jeanne Naughton  
                                                                                        Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                              Case No. 17-22827-JNP
Jacqueline Harper                                                   Chapter 13
         Debtor                        CERTIFICATE OF NOTICE
District/off: 0312-1         User: admin                Page 1 of 3            Date Rcvd: Jul 30, 2019
                             Form ID: 185               Total Noticed: 56


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2019.
db             +Jacqueline Harper,    614 Jarvis Road,    Sicklerville, NJ 08081-2123
516897380      +Anne Bessey, LCSW,    310 Brian Hill Lane,    Woodbury, NJ 08096-5860
516897381       Apex Asset Mgmt.,    2501 Oregon Pike,    Suite 102,    Lancaster, PA 17601-4890
516897382       Assoc. Physiatrists of Southern NJ,    Attn: Apex Asset Mgt., LLC,    2501 Oregon Pike, Suite 102,
                 Lancaster, PA 17601-4890
516897383       Bank of America,    PO Box 15019,    Wilmington, DE 19850-5019
516912254      +DiMeglio Septic, Inc,    c/o John D, Wilson, Esquire,    701 Grant Avenue, suite A,
                 Collingswood, NJ 08107-2349
516912563      +DiMeglio Septic, Inc,    c/o John D. Wilson,    701 Grant Ave, Suite A,
                 Colliingwood, NJ 08107-2349
516897387      +DiMeglio Septic, Inc.,    491 White Horse Pike,    Hammonton, NJ 08037-9627
516897388      +Diminion Management of Delaware,    dba Cashpoint,    3512 Philadelphia Pike,
                 Claymont, DE 19703-3109
516897389       Dish Network,    Attn: Stella Recovery,    PO BOx 1234,    Fort Mill, SC 29716-1234
517115451      +Dominion Management Services,    Cashpoint,    1614 S. Rock Rd,    Wichita, KS 67207-5149
517081513      +Dominion Management Services,    dba Cashpoint,    1614 S. Rock Road,    Wichita, KS 67207-5149
516897392      +FBCS, Inc.,    330 S. Warminster Road,    Suite 353,    Hatboro, PA 19040-3433
516897393     ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,    MARIETTA GA 30067-6429
               (address filed with court: Focus Receivables Management,    1130 Northchase Parkway, Suite 150,
                 Marietta, GA 30067)
516897395      +Gloucester County Surgery Center,    163 Bridgeton Pike, Bldg. B,    Mullica Hill, NJ 08062-2669
516897396       Hanover Insurance,    Attn: Joseph, Mann & Creed,    20600 Chagrin Blvd.,    Suite 550,
                 Shaker Heights, OH 44122-5340
516897398      +John D. Wilson, Esquire,    701 Grant Avenue, Suite A,    Corner of RIchey & Grant,
                 Collingswood, NJ 08107-2349
516897399      +Loan Shop Online,    Attn: LTS Management Services,    2207 Concord Pike #250,
                 Wilmington, DE 19803-2908
516897400      +Macy's,    Bankruptcy Processing,    PO Box 8053,    Mason, OH 45040-8053
516897404      +National Credit Adjusters,    PO Box 3023,    Hutchinson, KS 67504-3023
516897406      +Northland Group, Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
516897407      +Pennsylvania Turnpike Commission,    Violations Processing Center,    300 East Park Drive,
                 Harrisburg, PA 17111-2729
516897408      +Plain Green,    Attn: Halsted Financial Services, LLC,    PO BOx 5773,    Evanston, IL 60204-5773
516897409      +Pressler and Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516897410      +ProCo,    PO Box 2462,    Aston, PA 19014-0462
516897411      +South Jersey Radiology Associates,    PO Box 1710,    Voorhees, NJ 08043-7710
516897412      +Specialized Loan Servicing, LLC,    8742 Lucent Blvd., Suite 300,
                 Highlands Ranch, CO 80129-2386
516897413      +St. Armands Group, LLC,    PO Box 411056,    Kansas City, MO 64141-1056
516897414       State of Delaware,    Dept. of Transportation,    Delaware E-ZPass Violations Center,
                 PO Box 697,    Dover, DE 19903-0697
516897415       Swiss Colony,    1127 7th Avenue,    Monroe, WI 53566
516923043      +The Bank of New York Mellon, Trustee (See 410),    C/O Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516897416       ThinkCash,    Attn: National Credit Adjusters,    PO Box 3023,    Hutchinson, KS 67504-3023
516897417       UMDNJ SOM Faculty Practice Plan,    PO Box 635,    Suite 120,    Bellmawr, NJ 08099-0635
516897419       Wells Fargo Card Services,    PO Box 6422,    Carol Stream, IL 60197-6422

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 30 2019 23:39:53      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 30 2019 23:39:50      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516932062      +E-mail/Text: bankruptcy@pepcoholdings.com Jul 30 2019 23:39:31      Atlantic City Electric,
                 5 Collins Drive, Suite 2133,    Penns Grove, NJ 08069-3600
516897384      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 30 2019 23:45:47      Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
516909343      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 30 2019 23:46:57
                 Capital One Auto Finance,    c/o AIS Portfolio Services, LP,
                 fka AIS Data Services dba Ascension Capi,    4515 N Santa Fe Avenue, Dept. APS,
                 Oklahoma City, OK 73118-7901
516897385      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 30 2019 23:45:52
                 Capital One Auto Finance,    PO Box 259407,    Plano, TX 75025-9407
516923170      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 30 2019 23:45:49
                 Capital One Auto Finance, c/o Ascension Capital Gr,    P.O. Box 201347,
                 Arlington, TX 76006-1347
516897386      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 30 2019 23:40:31
                 Credit Collection Services,    PO Box 607,    Norwood, MA 02062-0607
516897390      +E-mail/Text: christy@concordadvice.com Jul 30 2019 23:40:04      EastSide Lenders,
                 314 E. Main Street,    Newark, DE 19711-7128
516897391       E-mail/Text: bknotice@ercbpo.com Jul 30 2019 23:39:57      Enhanced Recovery Company, LLC,
                 8014 Bayberry Road,    Jacksonville, FL 32256-7412
```

```
District/off: 0312-1           User: admin              Page 2 of 3                   Date Rcvd: Jul 30, 2019
                               Form ID: 185             Total Noticed: 56
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516897394        E-mail/Text: bankruptcy@frost-arnett.com Jul 30 2019 23:39:09     Frost Arnett Company,
                 PO Box 198988,    Nashville, TN 37219-8988
516956812        E-mail/Text: cio.bncmail@irs.gov Jul 30 2019 23:39:23      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA  19101-7346
517075247        E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 30 2019 23:40:06     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
516897397        E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 30 2019 23:40:06     Jefferson Capital, LLC,
                 16 McLeland Rd,    Saint Cloud, MN 56303-2198
516897401       +E-mail/Text: bkr@cardworks.com Jul 30 2019 23:38:59     Merrick Bank Corp.,   PO Box 9201,
                 Old Bethpage, NY 11804-9001
516897402       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 30 2019 23:39:49     Midland Funding, LLC,
                 2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
516897403       +E-mail/Text: bankruptcy@sccompanies.com Jul 30 2019 23:40:42      Montgomery Ward,
                 1112 7th Ave,    Monroe, WI 53566-1364
516989218       +E-mail/Text: bankruptcy@sccompanies.com Jul 30 2019 23:40:42      Montgomery Ward,
                 c/o Creditors Bankruptcy Service,     P.O. Box 800849,   Dallas, TX 75380-0849
517108015        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 30 2019 23:46:22
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                 Norfolk VA 23541
517108739       +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 30 2019 23:45:53
                 PYOD, LLC its successors and assigns as assignee,     of Springleaf Financial Services Of,
                 Indiana, Inc.,    Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
517030868       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 30 2019 23:47:02      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516897418       +E-mail/Text: bnc-bluestem@quantum3group.com Jul 30 2019 23:40:22      Webbank/Fingerhut,
                 6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 22

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516897405*      +National Credit Adjusters,    PO Box 3023,    Hutchinson, KS 67504-3023
516897379      ##Advanced Orthopaedic Centers,    PO Box 4337,    Lancaster, PA 17604-4337
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2019 at the address(es) listed below:
```
              Brian C. Nicholas    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
               2007-6 bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
               2007-6 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York
               et al... dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com
```

```
District/off: 0312-1           User: admin              Page 3 of 3             Date Rcvd: Jul 30, 2019
                               Form ID: 185             Total Noticed: 56
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Richard S. Hoffman, Jr.   on behalf of Debtor Jacqueline  Harper rshoffman@hoffmandimuzio.com, lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                           TOTAL: 8