**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

  0   Valuation of Security      0   Assumption of Executory Contract or Unexpired Lease      0   Lien Avoidance

Last revised: September 1, 2018

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:    Case No.:    17-22827

JACQUELINE HARPER    Judge:    JNP

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original            ☒ Modified/Notice Required        Date: July 29, 2019
☐ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: ___RSH___    Initial Debtor: ___JH___    Initial Co-Debtor: _____

| Part 1: | Payment and Length of Plan |
|---|---|

a. The debtor shall pay $ __610.00__ per __month__ to the Chapter 13 Trustee, starting on __August 1, 2019__ for approximately __34 remaining__ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒   Future earnings

☐   Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☒ NONE**

  a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

  b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

  a.  All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 3,210.00 |
| DOMESTIC SUPPORT OBLIGATION | | |

  b.  Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

| **Part 4:** | **Secured Claims** |
|---|---|

### a. Curing Default and Maintaining Payments on Principal Residence: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c. Secured claims excluded from 11 U.S.C. 506: ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments**  ☒ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender**  ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

Mortgage with Specialized Loan Servicing, LLC to be paid monthly outside Plan for Debtor's residence.

**g. Secured Claims to be Paid in Full Through the Plan**: ☐ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| Capital One Auto Finance<br>Dominion Management of Delaware dba Cashpoint | 2013 Kia Optima<br>2007 Dodge Nitro | 12,768.25<br>$1,988.66 |

### Part 5: Unsecured Claims ☐ NONE

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☒ Not less than  100%           percent

☐ *Pro Rata* distribution from any remaining funds

**b. Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions  ☒ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

   a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**  ☐ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**  ☐ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**  ☐ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☐  Upon confirmation

☒  Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Administrative Expenses
3) Priority Claims
4) Unsecured Claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9:   Modification ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: April 3, 2018                              .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Debtor obtained a loan modification for her mortgage with Specialized Loan Servicing, LLC. | Part 1(a) - lower monthly Trustee payment.<br>Part 4(a) - remove pre-petition mortgage arrears owed to Specialized Loan Servicing, LLC, being paid through Debtor's Plan.<br>Part 4(f) - reflect that mortgage with Specialized Loan Servicing, LCC, will be paid outside Debtor's Plan. |

Are Schedules I and J being filed simultaneously with this Modified Plan?     ☐ Yes     ☒ No

## Part 10:   Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: July 29, 2019                              /s/ Jacqueline Harper
                                                 Debtor

Date: _____                     _____
                                                 Joint Debtor

Date: July 29, 2019                              /s/ Richard S. Hoffman, Jr.
                                                 Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-22827-JNP
Jacqueline Harper                                                               Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin            Page 1 of 3          Date Rcvd: Jul 30, 2019
                              Form ID: pdf901        Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2019.
```
db              +Jacqueline Harper,    614 Jarvis Road,    Sicklerville, NJ 08081-2123
516897380       +Anne Bessey, LCSW,    310 Brian Hill Lane,    Woodbury, NJ 08096-5860
516897381        Apex Asset Mgmt.,    2501 Oregon Pike,    Suite 102,    Lancaster, PA 17601-4890
516897382        Assoc. Physiatrists of Southern NJ,    Attn: Apex Asset Mgt., LLC,    2501 Oregon Pike, Suite 102,
                  Lancaster, PA 17601-4890
516897383        Bank of America,    PO Box 15019,    Wilmington, DE 19850-5019
516912254       +DiMeglio Septic, Inc,    c/o John D, Wilson, Esquire,    701 Grant Avenue, suite A,
                  Collingswood, NJ 08107-2349
516912563       +DiMeglio Septic, Inc,    c/o John D. Wilson,    701 Grant Ave, Suite A,
                  Colliingwood, NJ 08107-2349
516897387       +DiMeglio Septic, Inc.,    491 White Horse Pike,    Hammonton, NJ 08037-9627
516897388       +Diminion Management of Delaware,    dba Cashpoint,    3512 Philadelphia Pike,
                  Claymont, DE 19703-3109
516897389        Dish Network,    Attn: Stella Recovery,    PO BOx 1234,    Fort Mill, SC 29716-1234
517115451       +Dominion Management Services,    Cashpoint,    1614 S. Rock Rd,    Wichita, KS 67207-5149
517081513       +Dominion Management Services,    dba Cashpoint,    1614 S. Rock Road,    Wichita, KS 67207-5149
516897392       +FBCS, Inc.,    330 S. Warminster Road,    Suite 353,    Hatboro, PA 19040-3433
516897393      ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,    MARIETTA GA 30067-6429
                 (address filed with court: Focus Receivables Management,     1130 Northchase Parkway,    Suite 150,
                  Marietta, GA 30067)
516897395       +Gloucester County Surgery Center,    163 Bridgeton Pike, Bldg. B,    Mullica Hill, NJ 08062-2669
516897396        Hanover Insurance,    Attn: Joseph, Mann & Creed,    20600 Chagrin Blvd.,    Suite 550,
                  Shaker Heights, OH 44122-5340
516897398       +John D. Wilson, Esquire,    701 Grant Avenue, Suite A,    Corner of RIchey & Grant,
                  Collingswood, NJ 08107-2349
516897399       +Loan Shop Online,    Attn: LTS Management Services,    2207 Concord Pike #250,
                  Wilmington, DE 19803-2908
516897400       +Macy's,    Bankruptcy Processing,    PO Box 8053,    Mason, OH 45040-8053
516897404       +National Credit Adjusters,    PO Box 3023,    Hutchinson, KS 67504-3023
516897406       +Northland Group, Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
516897407       +Pennsylvania Turnpike Commission,    Violations Processing Center,    300 East Park Drive,
                  Harrisburg, PA 17111-2729
516897408       +Plain Green,    Attn: Halsted Financial Services, LLC,    PO BOx 5773,    Evanston, IL 60204-5773
516897409       +Pressler and Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516897410       +ProCo,    PO Box 2462,    Aston, PA 19014-0462
516897411       +South Jersey Radiology Associates,    PO Box 1710,    Voorhees, NJ 08043-7710
516897412       +Specialized Loan Servicing, LLC,    8742 Lucent Blvd., Suite 300,
                  Highlands Ranch, CO 80129-2386
516897413       +St. Armands Group, LLC,    PO Box 411056,    Kansas City, MO 64141-1056
516897414        State of Delaware,    Dept. of Transportation,    Delaware E-ZPass Violations Center,
                  PO Box 697,    Dover, DE 19903-0697
516897415        Swiss Colony,    1127 7th Avenue,    Monroe, WI 53566
516923043       +The Bank of New York Mellon, Trustee (See 410),    C/O Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516897416        ThinkCash,    Attn: National Credit Adjusters,    PO Box 3023,    Hutchinson, KS 67504-3023
516897417        UMDNJ SOM Faculty Practice Plan,    PO Box 635,    Suite 120,    Bellmawr, NJ 08099-0635
516897419        Wells Fargo Card Services,    PO Box 6422,    Carol Stream, IL 60197-6422

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jul 30 2019 23:39:53     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 30 2019 23:39:49     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
516932062       +E-mail/Text: bankruptcy@pepcoholdings.com Jul 30 2019 23:39:31     Atlantic City Electric,
                  5 Collins Drive, Suite 2133,    Penns Grove, NJ 08069-3600
516897384       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 30 2019 23:46:20     Capital One,
                  PO Box 30285,    Salt Lake City, UT 84130-0285
516909343       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 30 2019 23:46:57
                  Capital One Auto Finance,    c/o AIS Portfolio Services, LP,
                  fka AIS Data Services dba Ascension Capi,    4515 N Santa Fe Avenue, Dept. APS,
                  Oklahoma City, OK 73118-7901
516897385       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 30 2019 23:45:52
                  Capital One Auto Finance,    PO Box 259407,    Plano, TX 75025-9407
516923170       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 30 2019 23:45:49
                  Capital One Auto Finance, c/o Ascension Capital Gr,    P.O. Box 201347,
                  Arlington, TX 76006-1347
516897386       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 30 2019 23:40:31
                  Credit Collection Services,    PO Box 607,    Norwood, MA 02062-0607
516897390       +E-mail/Text: christy@concordadvice.com Jul 30 2019 23:40:03     EastSide Lenders,
                  314 E. Main Street,    Newark, DE 19711-7128
516897391        E-mail/Text: bknotice@ercbpo.com Jul 30 2019 23:39:56     Enhanced Recovery Company, LLC,
                  8014 Bayberry Road,    Jacksonville, FL 32256-7412
```

```
District/off: 0312-1          User: admin              Page 2 of 3              Date Rcvd: Jul 30, 2019
                              Form ID: pdf901          Total Noticed: 56


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516897394      E-mail/Text: bankruptcy@frost-arnett.com Jul 30 2019 23:39:09      Frost Arnett Company,
                 PO Box 198988,    Nashville, TN 37219-8988
516956812      E-mail/Text: cio.bncmail@irs.gov Jul 30 2019 23:39:22      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA   19101-7346
517075247      E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 30 2019 23:40:06      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
516897397      E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 30 2019 23:40:06      Jefferson Capital, LLC,
                 16 McLeland Rd,    Saint Cloud, MN 56303-2198
516897401     +E-mail/Text: bkr@cardworks.com Jul 30 2019 23:38:59      Merrick Bank Corp.,    PO Box 9201,
                 Old Bethpage, NY 11804-9001
516897402     +E-mail/Text: bankruptcydpt@mcmcg.com Jul 30 2019 23:39:49      Midland Funding, LLC,
                 2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
516897403     +E-mail/Text: bankruptcy@sccompanies.com Jul 30 2019 23:40:42      Montgomery Ward,
                 1112 7th Ave,    Monroe, WI 53566-1364
516989218     +E-mail/Text: bankruptcy@sccompanies.com Jul 30 2019 23:40:42      Montgomery Ward,
                 c/o Creditors Bankruptcy Service,     P.O. Box 800849,    Dallas, TX 75380-0849
517108015      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 30 2019 23:45:50
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                 Norfolk VA 23541
517108739     +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 30 2019 23:46:25
                 PYOD, LLC its successors and assigns as assignee,     of Springleaf Financial Services Of,
                 Indiana, Inc.,    Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
517030868     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 30 2019 23:46:27      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516897418     +E-mail/Text: bnc-bluestem@quantum3group.com Jul 30 2019 23:40:22      Webbank/Fingerhut,
                 6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 22

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516897405*    +National Credit Adjusters,    PO Box 3023,    Hutchinson, KS 67504-3023
516897379    ##Advanced Orthopaedic Centers,    PO Box 4337,    Lancaster, PA 17604-4337
                                                                                              TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2019 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
               2007-6 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
               2007-6 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York
               et al... dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com
```

```
District/off: 0312-1          User: admin              Page 3 of 3              Date Rcvd: Jul 30, 2019
                              Form ID: pdf901          Total Noticed: 56
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        Richard S. Hoffman, Jr.   on behalf of Debtor Jacqueline  Harper rshoffman@hoffmandimuzio.com,
         lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                            TOTAL: 8