Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–22827–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jacqueline Harper
   614 Jarvis Road
   Sicklerville, NJ 08081

Social Security No.:
   xxx–xx–7068

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:            January 15, 2021
Time:                 09:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

**75** – Certification in Opposition to Chapter 13 Trustee's Certification of Default (related document:74 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 12/18/2020. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Richard S. Hoffman Jr. on behalf of Jacqueline Harper. (Hoffman, Richard)

and transact such other business as may properly come before the meeting.


Dated: December 18, 2020
JAN: eag

                                                                                    Jeanne Naughton
                                                                                    Clerk