Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−22827−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jacqueline Harper
   614 Jarvis Road
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−7068

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/19/21.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 19, 2021
JAN: kvr

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 17-22827-JNP
Jacqueline Harper  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 3
Date Rcvd: Jan 19, 2021  Form ID: 148  Total Noticed: 57

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacqueline Harper, 614 Jarvis Road, Sicklerville, NJ 08081-2123 |
| cr | + | Dominion Management of Delaware, PO Box 610, Gordonsville, VA 22942-0610 |
| 516897380 | + | Anne Bessey, LCSW, 310 Brian Hill Lane, Woodbury, NJ 08096-5860 |
| 516897381 | | Apex Asset Mgmt., 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 516897382 | | Assoc. Physiatrists of Southern NJ, Attn: Apex Asset Mgt., LLC, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 516897400 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macy's, Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 516912254 | + | DiMeglio Septic, Inc, c/o John D, Wilson, Esquire, 701 Grant Avenue, suite A, Collingswood, NJ 08107-2349 |
| 516912563 | + | DiMeglio Septic, Inc, c/o John D. Wilson, 701 Grant Ave, Suite A, Colliingwood, NJ 08107-2349 |
| 516897387 | + | DiMeglio Septic, Inc., 491 White Horse Pike, Hammonton, NJ 08037-9627 |
| 516897388 | + | Diminion Management of Delaware, dba Cashpoint, 3512 Philadelphia Pike, Claymont, DE 19703-3109 |
| 516897389 | | Dish Network, Attn: Stella Recovery, PO BOx 1234, Fort Mill, SC 29716-1234 |
| 517115451 | + | Dominion Management Services, Cashpoint, PO Box 610, Gordonsville, VA 22942-0610 |
| 517081513 | + | Dominion Management Services, dba Cashpoint, PO Box 610, Gordonsville, VA 22942-0610 |
| 516897392 | + | FBCS, Inc., 330 S. Warminster Road, Suite 353, Hatboro, PA 19040-3433 |
| 516897393 | ++ | FOCUS RECEIVABLES MANAGEMENT LLC, 1130 NORTHCHASE PARKWAY STE 150, MARIETTA GA 30067-6429 address filed with court:, Focus Receivables Management, 1130 Northchase Parkway, Suite 150, Marietta, GA 30067 |
| 516897395 | + | Gloucester County Surgery Center, 163 Bridgeton Pike, Bldg. B, Mullica Hill, NJ 08062-2669 |
| 516897396 | | Hanover Insurance, Attn: Joseph, Mann & Creed, 20600 Chagrin Blvd., Suite 550, Shaker Heights, OH 44122-5340 |
| 516897398 | + | John D. Wilson, Esquire, 701 Grant Avenue, Suite A, Corner of RIchey & Grant, Collingswood, NJ 08107-2349 |
| 516897399 | + | Loan Shop Online, Attn: LTS Management Services, 2207 Concord Pike #250, Wilmington, DE 19803-2908 |
| 516897406 | + | Northland Group, Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 516897407 | + | Pennsylvania Turnpike Commission, Violations Processing Center, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 516897408 | + | Plain Green, Attn: Halsted Financial Services, LLC, PO BOx 5773, Evanston, IL 60204-5773 |
| 516897409 | + | Pressler and Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 516897410 | #+ | ProCo, PO Box 2462, Aston, PA 19014-0462 |
| 516897411 | + | South Jersey Radiology Associates, PO Box 1710, Voorhees, NJ 08043-7710 |
| 516897412 | + | Specialized Loan Servicing, LLC, 8742 Lucent Blvd., Suite 300, Highlands Ranch, CO 80129-2386 |
| 516897413 | + | St. Armands Group, LLC, PO Box 411056, Kansas City, MO 64141-1056 |
| 516897414 | | State of Delaware, Dept. of Transportation, Delaware E-ZPass Violations Center, PO Box 697, Dover, DE 19903-0697 |
| 516897415 | | Swiss Colony, 1127 7th Avenue, Monroe, WI 53566 |
| 516923043 | + | The Bank of New York Mellon, Trustee (See 410), C/O Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 516897416 | | ThinkCash, Attn: National Credit Adjusters, PO Box 3023, Hutchinson, KS 67504-3023 |
| 516897417 | | UMDNJ SOM Faculty Practice Plan, PO Box 635, Suite 120, Bellmawr, NJ 08099-0635 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | | |

Case 17-22827-JNP    Doc 81    Filed 01/21/21    Entered 01/22/21 00:25:03    Desc Imaged
                              Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 19, 2021 | Form ID: 148 | Total Noticed: 57 |

| | | | | |
|---|---|---|---|---|
| | | | Jan 19 2021 23:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 19 2021 23:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516932062 | + | Email/Text: bankruptcy@pepcoholdings.com | Jan 19 2021 23:26:00 | Atlantic City Electric, 5 Collins Drive, Suite 2133, Penns Grove, NJ 08069-3600 |
| 516897383 | | EDI: BANKAMER.COM | Jan 20 2021 03:58:00 | Bank of America, PO Box 15019, Wilmington, DE 19850-5019 |
| 516897384 | + | EDI: CAPITALONE.COM | Jan 20 2021 03:58:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 516909343 | + | EDI: AISACG.COM | Jan 20 2021 03:58:00 | Capital One Auto Finance, c/o AIS Portfolio Services, LP, fka AIS Data Services dba Ascension Capi, 4515 N Santa Fe Avenue, Dept. APS, Oklahoma City, OK 73118-7901 |
| 516897385 | + | EDI: CAPONEAUTO.COM | Jan 20 2021 03:58:00 | Capital One Auto Finance, PO Box 259407, Plano, TX 75025-9407 |
| 516923170 | + | EDI: AISACG.COM | Jan 20 2021 03:58:00 | Capital One Auto Finance, c/o Ascension Capital Gr, P.O. Box 201347, Arlington, TX 76006-1347 |
| 516897386 | + | EDI: CCS.COM | Jan 20 2021 03:58:00 | Credit Collection Services, PO Box 607, Norwood, MA 02062-0607 |
| 516897390 | + | Email/Text: bankruptcy@speedyservicing.com | Jan 19 2021 23:27:00 | EastSide Lenders, 314 E. Main Street, Newark, DE 19711-7128 |
| 516897391 | | Email/Text: bknotice@ercbpo.com | Jan 19 2021 23:27:00 | Enhanced Recovery Company, LLC, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 516897394 | | Email/Text: bankruptcy@frost-arnett.com | Jan 19 2021 23:25:00 | Frost Arnett Company, PO Box 198988, Nashville, TN 37219-8988 |
| 516956812 | | EDI: IRS.COM | Jan 20 2021 03:58:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517075247 | | EDI: JEFFERSONCAP.COM | Jan 20 2021 03:58:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 516897397 | | EDI: JEFFERSONCAP.COM | Jan 20 2021 03:58:00 | Jefferson Capital, LLC, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 516897401 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 19 2021 23:54:27 | Merrick Bank Corp., PO Box 9201, Old Bethpage, NY 11804-9001 |
| 516897402 | + | EDI: MID8.COM | Jan 20 2021 03:58:00 | Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 516897403 | + | EDI: CBS7AVE | Jan 20 2021 03:58:00 | Montgomery Ward, 1112 7th Ave, Monroe, WI 53566-1364 |
| 516989218 | + | EDI: CBS7AVE | Jan 20 2021 03:58:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516897404 | + | Email/Text: bankruptcy@ncaks.com | Jan 19 2021 23:25:00 | National Credit Adjusters, PO Box 3023, Hutchinson, KS 67504-3023 |
| 517108015 | | EDI: PRA.COM | Jan 20 2021 03:58:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517108739 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 19 2021 23:55:13 | PYOD, LLC its successors and assigns as assignee, of Springleaf Financial Services Of, Indiana, Inc., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 517030868 | + | EDI: AIS.COM | Jan 20 2021 03:58:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516897418 | + | EDI: BLUESTEM | Jan 20 2021 03:58:00 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 19, 2021 | Form ID: 148 | Total Noticed: 57 |

| 516897419 | EDI: WFFC.COM | Jan 20 2021 03:58:00 | Wells Fargo Card Services, PO Box 6422, Carol Stream, IL 60197-6422 Cloud, MN 56303-0820 |
|---|---|---|---|

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516897405 | *+ | National Credit Adjusters, PO Box 3023, Hutchinson, KS 67504-3023 |
| 516897379 | ## | Advanced Orthopaedic Centers, PO Box 4337, Lancaster, PA 17604-4337 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2021            Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-6 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-6 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York et al... dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com |
| Richard S. Hoffman, Jr. | on behalf of Debtor Jacqueline Harper rshoffman@hoffmandimuzio.com lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8