| Information to identify the case: | | |
|---|---|---|
| **Debtor 1** | **Jacqueline Harper** | Social Security number or ITIN:  xxx–xx–7068 |
| | First Name   Middle Name   Last Name | EIN:  __–_____ |
| **Debtor 2** (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN:  _ _ _ _ |
| | | EIN:  __–_____ |
| United States Bankruptcy Court:   District of New Jersey | | Date case filed in chapter:    13    6/23/17 |
| Case number:   17–22827–JNP | | Date case converted to chapter:    7    3/15/21 |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   https://pacer.uscourts.gov).

The staff of the bankruptcy clerk's office cannot give legal advice.

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Jacqueline Harper | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 614 Jarvis Road Sicklerville, NJ 08081 | | |
| 4. | **Debtor's attorney** Name and address | Richard S. Hoffman Jr. Hoffman DiMuzio 412 Swedesboro Road Mullica Hill, NJ 08062 | | Contact phone 856–694–3939  Email:  rshoffman@hoffmandimuzio.com |
| 5. | **Bankruptcy trustee** Name and address | Brian Thomas Brian Thomas, Esq 327 Central Avenue Suite 103 Linwood, NJ 08221 | | Contact phone (609) 601–6066 |

For more information, see page 2 >

Debtor  **Jacqueline Harper**

Case number **17–22827–JNP**

---

| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. (800) 676–6856 | 401 Market Street<br>Camden, NJ 08102<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 856–361–2300<br><br>Date: 3/15/21 |
|---|---|---|---|

---

| 7. | **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **April 12, 2021 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |
|---|---|---|---|

---

| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. |
|---|---|---|

---

| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 6/11/21** |
|---|---|---|---|
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

---

| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|---|

---

| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|---|

| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at <u>https://pacer.uscourts.gov</u>. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                 Case No. 17-22827-JNP

Jacqueline Harper                                                                                  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                              User: admin                                          Page 1 of 3

Date Rcvd: Mar 15, 2021                           Form ID: 309A                               Total Noticed: 58

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacqueline Harper, 614 Jarvis Road, Sicklerville, NJ 08081-2123 |
| 516897380 | + | Anne Bessey, LCSW, 310 Brian Hill Lane, Woodbury, NJ 08096-5860 |
| 516897381 | + | Apex Asset Mgmt., 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 516897382 | | Assoc. Physiatrists of Southern NJ, Attn: Apex Asset Mgt., LLC, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 516897400 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macy's, Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 516912254 | + | DiMeglio Septic, Inc, c/o John D. Wilson, Esquire, 701 Grant Avenue, suite A, Collingswood, NJ 08107-2349 |
| 516912563 | + | DiMeglio Septic, Inc, c/o John D. Wilson, 701 Grant Ave, Suite A, Colliingwood, NJ 08107-2349 |
| 516897387 | + | DiMeglio Septic, Inc., 491 White Horse Pike, Hammonton, NJ 08037-9627 |
| 516897388 | + | Diminion Management of Delaware, dba Cashpoint, 3512 Philadelphia Pike, Claymont, DE 19703-3109 |
| 516897389 | | Dish Network, Attn: Stella Recovery, PO BOx 1234, Fort Mill, SC 29716-1234 |
| 517115451 | + | Dominion Management Services, Cashpoint, PO Box 610, Gordonsville, VA 22942-0610 |
| 517081513 | + | Dominion Management Services, dba Cashpoint, PO BOx 610, Gordonsville, VA 22942-0610 |
| 516897392 | + | FBCS, Inc., 330 S. Warminster Road, Suite 353, Hatboro, PA 19040-3433 |
| 516897393 | ++ | FOCUS RECEIVABLES MANAGEMENT LLC, 1130 NORTHCHASE PARKWAY STE 150, MARIETTA GA 30067-6429 address filed with court:, Focus Receivables Management, 1130 Northchase Parkway, Suite 150, Marietta, GA 30067 |
| 516897395 | + | Gloucester County Surgery Center, 163 Bridgeton Pike, Bldg. B, Mullica Hill, NJ 08062-2669 |
| 516897396 | | Hanover Insurance, Attn: Joseph, Mann & Creed, 20600 Chagrin Blvd., Suite 550, Shaker Heights, OH 44122-5340 |
| 516897398 | + | John D. Wilson, Esquire, 701 Grant Avenue, Suite A, Corner of RIchey & Grant, Collingswood, NJ 08107-2349 |
| 516897399 | + | Loan Shop Online, Attn: LTS Management Services, 2207 Concord Pike #250, Wilmington, DE 19803-2908 |
| 516897406 | + | Northland Group, Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 516897407 | + | Pennsylvania Turnpike Commission, Violations Processing Center, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 516897408 | + | Plain Green, Attn: Halsted Financial Services, LLC, PO BOx 5773, Evanston, IL 60204-5773 |
| 516897409 | + | Pressler and Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 516897410 | #+ | ProCo, PO Box 2462, Aston, PA 19014-0462 |
| 516897411 | + | South Jersey Radiology Associates, PO Box 1710, Voorhees, NJ 08043-7710 |
| 516897412 | + | Specialized Loan Servicing, LLC, 8742 Lucent Blvd., Suite 300, Highlands Ranch, CO 80129-2386 |
| 516897413 | + | St. Armands Group, LLC, PO Box 411056, Kansas City, MO 64141-1056 |
| 516897414 | | State of Delaware, Dept. of Transportation, Delaware E-ZPass Violations Center, PO Box 697, Dover, DE 19903-0697 |
| 516897415 | | Swiss Colony, 1127 7th Avenue, Monroe, WI 53566 |
| 516923043 | + | The Bank of New York Mellon, Trustee (See 410), C/O Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 516897416 | | ThinkCash, Attn: National Credit Adjusters, PO Box 3023, Hutchinson, KS 67504-3023 |
| 516897417 | | UMDNJ SOM Faculty Practice Plan, PO Box 635, Suite 120, Bellmawr, NJ 08099-0635 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: rshoffman@hoffmandimuzio.com | Mar 15 2021 21:10:00 | Richard S. Hoffman, Jr., Hoffman DiMuzio, 412 |

District/off: 0312-1 | User: admin | Page 2 of 3
Date Rcvd: Mar 15, 2021 | Form ID: 309A | Total Noticed: 58

| | | | |
|---|---|---|---|
| | | | Swedesboro Road, Mullica Hill, NJ 08062 |
| tr | + EDI: QBTHOMAS.COM | Mar 16 2021 00:28:00 | Brian Thomas, Brian Thomas, Esq, 327 Central Avenue, Suite 103, Linwood, NJ 08221-2026 |
| smg | Email/Text: usanj.njbankr@usdoj.gov | Mar 15 2021 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 15 2021 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516932062 | + Email/Text: bankruptcy@pepcoholdings.com | Mar 15 2021 21:11:00 | Atlantic City Electric, 5 Collins Drive, Suite 2133, Penns Grove, NJ 08069-3600 |
| 516897383 | EDI: BANKAMER.COM | Mar 16 2021 00:28:00 | Bank of America, PO Box 15019, Wilmington, DE 19850-5019 |
| 516897384 | + EDI: CAPITALONE.COM | Mar 16 2021 00:28:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 516909343 | + EDI: AISACG.COM | Mar 16 2021 00:28:00 | Capital One Auto Finance, c/o AIS Portfolio Services, LP, fka AIS Data Services dba Ascension Capi, 4515 N Santa Fe Avenue, Dept. APS, Oklahoma City, OK 73118-7901 |
| 516897385 | + EDI: CAPONEAUTO.COM | Mar 16 2021 00:28:00 | Capital One Auto Finance, PO Box 259407, Plano, TX 75025-9407 |
| 516923170 | + EDI: AISACG.COM | Mar 16 2021 00:28:00 | Capital One Auto Finance, c/o Ascension Capital Gr, P.O. Box 201347, Arlington, TX 76006-1347 |
| 516897386 | + EDI: CCS.COM | Mar 16 2021 00:28:00 | Credit Collection Services, PO Box 607, Norwood, MA 02062-0607 |
| 516897390 | + Email/Text: bankruptcy@speedyservicing.com | Mar 15 2021 21:12:00 | EastSide Lenders, 314 E. Main Street, Newark, DE 19711-7128 |
| 516897391 | Email/Text: bknotice@ercbpo.com | Mar 15 2021 21:12:00 | Enhanced Recovery Company, LLC, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 516897394 | Email/Text: bankruptcy@frost-arnett.com | Mar 15 2021 21:10:00 | Frost Arnett Company, PO Box 198988, Nashville, TN 37219-8988 |
| 516956812 | EDI: IRS.COM | Mar 16 2021 00:28:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517075247 | EDI: JEFFERSONCAP.COM | Mar 16 2021 00:28:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 516897397 | EDI: JEFFERSONCAP.COM | Mar 16 2021 00:28:00 | Jefferson Capital, LLC, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 516897401 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 15 2021 23:47:47 | Merrick Bank Corp., PO Box 9201, Old Bethpage, NY 11804-9001 |
| 516897402 | + EDI: MID8.COM | Mar 16 2021 00:28:00 | Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 516897403 | + EDI: CBS7AVE | Mar 16 2021 00:28:00 | Montgomery Ward, 1112 7th Ave, Monroe, WI 53566-1364 |
| 516989218 | + EDI: CBS7AVE | Mar 16 2021 00:28:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516897404 | + Email/Text: bankruptcy@ncaks.com | Mar 15 2021 21:11:00 | National Credit Adjusters, PO Box 3023, Hutchinson, KS 67504-3023 |
| 517108015 | EDI: PRA.COM | Mar 16 2021 00:28:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517108739 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 15 2021 23:48:45 | PYOD, LLC its successors and assigns as assignee, of Springleaf Financial Services Of, Indiana, Inc., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |

District/off: 0312-1                                   User: admin                                              Page 3 of 3
Date Rcvd: Mar 15, 2021                           Form ID: 309A                                         Total Noticed: 58

| 517030868 | + EDI: AIS.COM | | |
| | | Mar 16 2021 00:28:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516897418 | + EDI: BLUESTEM | | |
| | | Mar 16 2021 00:28:00 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 516897419 | EDI: WFFC.COM | | |
| | | Mar 16 2021 00:28:00 | Wells Fargo Card Services, PO Box 6422, Carol Stream, IL 60197-6422 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516897405 | *+ | National Credit Adjusters, PO Box 3023, Hutchinson, KS 67504-3023 |
| 516897379 | ## | Advanced Orthopaedic Centers, PO Box 4337, Lancaster, PA 17604-4337 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2021                            Signature:        /s/Joseph Speetjens