**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jacqueline Harper | Social Security number or ITIN   xxx–xx–7068 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–22827–JNP | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jacqueline Harper

6/18/21     **By the court:**   Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Jacqueline Harper  
    Debtor

Case No. 17-22827-JNP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 4  
Date Rcvd: Jun 21, 2021     Form ID: 318     Total Noticed: 71

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacqueline Harper, 614 Jarvis Road, Sicklerville, NJ 08081-2123 |
| cr | + | Dominion Management of Delaware, PO Box 610, Gordonsville, VA 22942-0610 |
| 516897380 | + | Anne Bessey, LCSW, 310 Brian Hill Lane, Woodbury, NJ 08096-5860 |
| 516897381 | | Apex Asset Mgmt., 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 516897382 | | Assoc. Physiatrists of Southern NJ, Attn: Apex Asset Mgt., LLC, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 519147721 | + | Atlantic City Expressway, Attn: NJ E-ZPass, PO Box 4971, Trenton, NJ 08650-4971 |
| 519147726 | | DSRM Natinoal Bank 0 Valerio, PO Box 631, Amarillo, TX 79105-0631 |
| 519147724 | | Delaware Dept. of Transportation, PO Box 697, Dover, DE 19903-0697 |
| 519147723 | + | Delaware River Port Authority, Attn: NJ E-ZPass, PO Box 4971, Trenton, NJ 08650-4971 |
| 516912254 | + | DiMeglio Septic, Inc, c/o John D, Wilson, Esquire, 701 Grant Avenue, suite A, Collingswood, NJ 08107-2349 |
| 516912563 | + | DiMeglio Septic, Inc, c/o John D. Wilson, 701 Grant Ave, Suite A, Colliingwood, NJ 08107-2349 |
| 516897387 | + | DiMeglio Septic, Inc., 491 White Horse Pike, Hammonton, NJ 08037-9627 |
| 516897388 | + | Diminion Management of Delaware, dba Cashpoint, 3512 Philadelphia Pike, Claymont, DE 19703-3109 |
| 516897389 | | Dish Network, Attn: Stella Recovery, PO BOx 1234, Fort Mill, SC 29716-1234 |
| 517115451 | + | Dominion Management Services, Cashpoint, PO Box 610, Gordonsville, VA 22942-0610 |
| 517081513 | + | Dominion Management Services, dba Cashpoint, PO Box 610, Gordonsville, VA 22942-0610 |
| 516897392 | + | FBCS, Inc., 330 S. Warminster Road, Suite 353, Hatboro, PA 19040-3433 |
| 516897393 | ++ | FOCUS RECEIVABLES MANAGEMENT LLC, 1130 NORTHCHASE PARKWAY STE 150, MARIETTA GA 30067-6429 address filed with court:, Focus Receivables Management, 1130 Northchase Parkway, Suite 150, Marietta, GA 30067 |
| 516897395 | + | Gloucester County Surgery Center, 163 Bridgeton Pike, Bldg. B, Mullica Hill, NJ 08062-2669 |
| 516897396 | | Hanover Insurance, Attn: Joseph, Mann & Creed, 20600 Chagrin Blvd., Suite 550, Shaker Heights, OH 44122-5340 |
| 516897398 | + | John D. Wilson, Esquire, 701 Grant Avenue, Suite A, Corner of RIchey & Grant, Collingswood, NJ 08107-2349 |
| 516897399 | + | Loan Shop Online, Attn: LTS Management Services, 2207 Concord Pike #250, Wilmington, DE 19803-2908 |
| 516897406 | + | Northland Group, Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 519147728 | | PA Turnpike - E-ZPass, PO Box 645631, Pittsburgh, PA 15264-5254 |
| 519147729 | | PNC Bank Financial Services Group, One PNC Plaza, 249 Fifth Avenue, Pittsburgh, PA 15222-2707 |
| 516897407 | + | Pennsylvania Turnpike Commission, Violations Processing Center, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 516897408 | + | Plain Green, Attn: Halsted Financial Services, LLC, PO BOx 5773, Evanston, IL 60204-5773 |
| 516897409 | + | Pressler and Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 516897410 | #+ | ProCo, PO Box 2462, Aston, PA 19014-0462 |
| 519147730 | | Professional Account Mgt., LLC, PO Box 1153, Milwaukee, WI 53201-1153 |
| 516897411 | + | South Jersey Radiology Associates, PO Box 1710, Voorhees, NJ 08043-7710 |
| 516897412 | + | Specialized Loan Servicing, LLC, 8742 Lucent Blvd., Suite 300, Highlands Ranch, CO 80129-2386 |
| 516897413 | + | St. Armands Group, LLC, PO Box 411056, Kansas City, MO 64141-1056 |
| 516897414 | | State of Delaware, Dept. of Transportation, Delaware E-ZPass Violations Center, PO Box 697, Dover, DE 19903-0697 |
| 516897415 | | Swiss Colony, 1127 7th Avenue, Monroe, WI 53566 |
| 516923043 | + | The Bank of New York Mellon, Trustee (See 410), C/O Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 516897416 | | ThinkCash, Attn: National Credit Adjusters, PO Box 3023, Hutchinson, KS 67504-3023 |
| 516897417 | | UMDNJ SOM Faculty Practice Plan, PO Box 635, Suite 120, Bellmawr, NJ 08099-0635 |

TOTAL: 38

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 21, 2021 | Form ID: 318 | Total Noticed: 71 |

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + EDI: QBTHOMAS.COM | Jun 22 2021 00:48:00 | Brian Thomas, Brian Thomas, Esq, 327 Central Avenue, Suite 103, Linwood, NJ 08221-2026 |
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jun 21 2021 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 21 2021 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516932062 | + Email/Text: bankruptcy@pepcoholdings.com | Jun 21 2021 20:56:00 | Atlantic City Electric, 5 Collins Drive, Suite 2133, Penns Grove, NJ 08069-3600 |
| 516897383 | EDI: BANKAMER.COM | Jun 22 2021 00:48:00 | Bank of America, PO Box 15019, Wilmington, DE 19850-5019 |
| 516897384 | + EDI: CAPITALONE.COM | Jun 22 2021 00:48:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 516909343 | + EDI: AISACG.COM | Jun 22 2021 00:53:00 | Capital One Auto Finance, c/o AIS Portfolio Services, LP, fka AIS Data Services dba Ascension Capi, 4515 N Santa Fe Avenue, Dept. APS, Oklahoma City, OK 73118-7901 |
| 516897385 | + EDI: CAPONEAUTO.COM | Jun 22 2021 00:53:00 | Capital One Auto Finance, PO Box 259407, Plano, TX 75025-9407 |
| 516923170 | + EDI: AISACG.COM | Jun 22 2021 00:53:00 | Capital One Auto Finance, c/o Ascension Capital Gr, P.O. Box 201347, Arlington, TX 76006-1347 |
| 516897386 | + EDI: CCS.COM | Jun 22 2021 00:48:00 | Credit Collection Services, PO Box 607, Norwood, MA 02062-0607 |
| 519147722 | Email/PDF: creditonebknotifications@resurgent.com | Jun 21 2021 21:07:43 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 516897400 | EDI: CITICORP.COM | Jun 22 2021 00:48:00 | Macy's, Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 519147725 | EDI: DIRECTV.COM | Jun 22 2021 00:48:00 | DirecTv, PO Box 5007, Carol Stream, IL 60197-5007 |
| 516897390 | + Email/Text: bankruptcy@speedyservicing.com | Jun 21 2021 20:57:00 | EastSide Lenders, 314 E. Main Street, Newark, DE 19711-7128 |
| 516897391 | Email/Text: bknotice@ercbpo.com | Jun 21 2021 20:57:00 | Enhanced Recovery Company, LLC, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 516897394 | Email/Text: bankruptcy@frost-arnett.com | Jun 21 2021 20:55:00 | Frost Arnett Company, PO Box 198988, Nashville, TN 37219-8988 |
| 519147727 | EDI: AMINFOFP.COM | Jun 22 2021 00:48:00 | First Premier Bank, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 519147732 | + EDI: IIC9.COM | Jun 22 2021 00:48:00 | I.C. System, Inc., PO Box 64378, St. Paul, MN 55164-0378 |
| 516956812 | EDI: IRS.COM | Jun 22 2021 00:48:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517075247 | EDI: JEFFERSONCAP.COM | Jun 22 2021 00:48:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 516897397 | EDI: JEFFERSONCAP.COM | Jun 22 2021 00:48:00 | Jefferson Capital, LLC, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 516897401 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 22 2021 11:57:40 | Merrick Bank Corp., PO Box 9201, Old Bethpage, NY 11804-9001 |
| 516897402 | + EDI: MID8.COM | Jun 22 2021 00:48:00 | Midland Funding, LLC, 2365 Northside Drive, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Suite 300, San Diego, CA 92108-2709 |
| 516897403 | + | EDI: CBS7AVE | Jun 22 2021 00:53:00 | Montgomery Ward, 1112 7th Ave, Monroe, WI 53566-1364 |
| 516989218 | + | EDI: CBS7AVE | Jun 22 2021 00:53:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516897404 | + | Email/Text: bankruptcy@ncaks.com | Jun 21 2021 20:55:00 | National Credit Adjusters, PO Box 3023, Hutchinson, KS 67504-3023 |
| 517108015 | | EDI: PRA.COM | Jun 22 2021 00:48:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517108739 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 21 2021 21:07:51 | PYOD, LLC its successors and assigns as assignee, of Springleaf Financial Services Of, Indiana, Inc., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 519147731 | | EDI: AISSPRINT | Jun 22 2021 00:48:00 | Sprint, PO Box 629023, El Dorado Hills, CA 95762-9023 |
| 519147733 | + | EDI: VERIZONCOMB.COM | Jun 22 2021 00:48:00 | Verizon, Bankruptcy Department, 500 Technology Drive, Suite 550, Weldon Springs, MO 63304-2225 |
| 517030868 | + | EDI: AIS.COM | Jun 22 2021 00:48:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516897418 | + | EDI: BLUESTEM | Jun 22 2021 00:48:00 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 516897419 | | EDI: WFFC.COM | Jun 22 2021 00:48:00 | Wells Fargo Card Services, PO Box 6422, Carol Stream, IL 60197-6422 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516897405 | *+ | National Credit Adjusters, PO Box 3023, Hutchinson, KS 67504-3023 |
| 516897379 | ## | Advanced Orthopaedic Centers, PO Box 4337, Lancaster, PA 17604-4337 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 23, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2021 at the address(es) listed below:

**Name**    **Email Address**

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Jun 21, 2021 | Form ID: 318 | Total Noticed: 71 |

Brian Thomas
    brian@brianthomaslaw.com  bthomas@ecf.axosfs.com

Brian C. Nicholas
    on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York  as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-6 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York  as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-6 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York et al... dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jason Brett Schwartz
    on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com

Richard S. Hoffman, Jr.
    on behalf of Debtor Jacqueline Harper rshoffman@hoffmandimuzio.com lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8